EVELYN WATKINS, Plaintiff-Appellant, v. GMAC FINANCIAL SERVICES *et al.*, Defendants-Appellees.

First District (3rd Division)    No. 1—01—4422

Opinion filed August 7, 2002.

The opinion in No. 1—01—4422, *Watkins v. GMAC Financial Services*, filed August 7, 2002, was vacated. A new opinion was filed January 15, 2003. See 337 Ill. App. 3d 58.